FILED
2004 FEB 12 PM 4: 19
M.L. HATCHER, CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE
BY_____ DEP CLK

Honorable Samuel J. Steiner
Chapter 11

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

Lazy Hazel, LLC

Debtor.

No. 04-10155

DECLARATION OF SECURED CREDITOR PHIL NUDELMAN IN OPPOSITION TO FRONTIER BANK'S MOTION FOR ORDER GRANTING RELIEF FROM STAY

PHILLIP NUDELMAN, M.D. declares under penalty of perjury under the laws of the State of Washington that the following is true and correct to his best knowledge and belief:

1. I am a creditor of Thomas M. Rowe, dba Complete Plant Maintenance, Inc., and have personal knowledge of the facts set forth herein, and a secured creditor of the above named Debtor.

2. My investment counselor, Earnest M. Dill, of Investment and Estate Strategies, LLC, in or about September 2002, approached me with a certain investment for my retirement account which was administered through Charles Schwab & Company, Inc., under IRA

DECLARATION OF PHIL NUDELMAN TO FRONTIER BANK'S
MOTION FOR ORDER GRANTING RELIEF FROM STAY-1
F:\DMT\Nudelman\Lazy Hazel\Stay Response.doc 2/4/04 (ljf)
#90255.006

**OSERAN HAHN SPRING & WATTS P.S.**
10900 NE Fourth Street #850
Bellevue WA 98004
Phone: (425) 455-3900
Facsimile: (425) 455-9201

ORIGINAL

Account No. 6727-5204. That investment regarded loaning money to Complete Plant Maintenance, Inc. (hereinafter "CPM").

3. On belief, CPM was a 60% unit owner of Lazy Hazel, LLC which owned property known as Lazy Hazel Senior Community at 725 Hazel Street, Mt. Vernon, Washington.

4. The amount of the proposed investment was $300,000, but subsequently, I was requested to loan $250,000 in additional monies in or about February 2003. As security for the loan which was evidenced by a Note, my retirement account received a third lien position Deed of Trust on the above referenced property.

5. In support of this additional investment, I was provided an opinion letter from the accounting firm of Zaremba, Forhan & Company, P.S., which reflected that the current appraisal of the subject real property, taken with the income received from the senior community home, was $2.8 million dollars. A true and correct of such opinion letter provided to me is attached hereto as <u>Exhibit 1</u> and by this reference incorporated herein.

6. In or about 1999, an appraisal of the real property reflected that the property then had an approximate value of $2 million dollars.

7. Attached hereto as <u>Exhibit 2</u> and by this reference incorporated herein is an October listing which reveals that the subject real property and business are being listed for sale at $2.65 million dollars. I have been advised that the original realtors have been replaced and a more aggressive marketing campaign has been launched to sell the subject real property and business opportunity.

DECLARATION OF PHIL NUDELMAN TO FRONTIER BANK'S
MOTION FOR ORDER GRANTING RELIEF FROM STAY-2
F:\DMT\Nudelman\Lazy Hazel\Stay Response.doc 2/4/04 (ljf)
#90255.006

OSERAN HAHN SPRING & WATTS P.S.
10900 NE Fourth Street #850
Bellevue WA 98004
Phone: (425) 455-3900
Facsimile: (425) 455-9201

8. Creditor, Frontier Bank, claims to have an interest in the property in excess of $1.3 million dollars. The second lienholder has an interest of $250,000.

9. Creditor, Frontier Bank, incorrectly reflects that my retirement account has an interest of $850,000 against the property. The actual lien indebtedness is $550,000 as outlined above, plus interest accruing thereon.

10. If creditor, Frontier Bank, is allowed to move forward with its trustee sale after receiving relief from the stay, it stands to receive a potential windfall of between $1 million and $1.5 million dollars.

11. If the property is sold by the debtor at the listed price of $2.65 million, all secured lienholders, including my individual retirement account, will be paid in full. In addition, as much as $500,000 would be left over for distribution to other creditors of the estate.

12. While Frontier Bank attempts to bootstrap the indebtedness owed to my individual retirement account for purposes of showing that the asset has no equity, it fails to advise the Court that there is sufficient equity in the property for the **benefit of the junior lienholders and other creditors** of the estate.

13. It is respectfully requested that the Court deny Frontier Bank's motion for relief from stay for a period of 180 days and that this hearing be continued for that period of time with the Court making a subsequent determination of whether the stay should continue in force or be lifted at that time.

DECLARATION OF PHIL NUDELMAN TO FRONTIER BANK'S
MOTION FOR ORDER GRANTING RELIEF FROM STAY-3
F:\DMT\Nudelman\Lazy Hazel\Stay Response.doc 2/4/04 (ljf)
#90255.006

OSERAN HAHN SPRING & WATTS P.S.
10900 NE Fourth Street #850
Bellevue WA 98004
Phone: (425) 455-3900
Facsimile: (425) 455-9201

| | |
|---|---|
| 1 | DATED at _Bellevue_, Washington on this 7th day of February, 2004. |
| 2 | |
| 3 | *[signature]* |
| | Phil Nudelman, Ph.D. |

DECLARATION OF PHIL NUDELMAN TO FRONTIER BANK'S
MOTION FOR ORDER GRANTING RELIEF FROM STAY-4
F:\DMT\Nudelman\Lazy Hazel\Stay Response.doc 2/4/04 (ljf)
#90255.006

**OSERAN HAHN SPRING & WATTS P.S.**
10900 NE Fourth Street #850
Bellevue WA 98004
Phone: (425) 455-3900
Facsimile: (425) 455-9201

# ZAREMBA, FORHAN & CO., P.S.

CERTIFIED PUBLIC ACCOUNTANTS

Members of American Institute &
Washington Society of
Certified Public Accountants

1314 N. State Street
Bellingham, WA 98225
(360) 671-1023
Fax (360) 671-3458

John N. Zaremba

June 7, 2001

To The Board of Directors
Complete Plant Maintenance, Inc.
Bellingham, Washington

Gentlemen:

We have reviewed the accompanying Balance Sheet of Complete Plant Maintenance, Inc. as of March 31, 2001, and the related Statements of Income, Retained Earnings, and Cash Flow for the twelve months then ended in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants. All information included in these financial statements is the representation of the management of Complete Plant Maintenance, Inc.

A review consists principally of inquiries of company personnel and analytical procedures applied to financial data. It is substantially less in scope than an audit in accordance with generally accepted auditing standards, the objective of which is the expression of an opinion regarding the financial statements taken as a whole. Accordingly, we do not express such an opinion.

Although the company had changed its accounting year to December 31 from March 31, effective December 31, 2000, at the request of the Board of Directors, these financial statements have been prepared for the twelve months ended March 31, 2001. This allows for comparative and analytical review with respect to prior years. This format will be discontinued in the future.

Based on our review, we are not aware of any material modifications that should be made to the accompanying financial statements in order for them to be in conformity with generally accepted accounting principles.

ZAREMBA, FORHAN & CO., P.S.

EXHIBIT  1



COMPLETE PLANT MAINTENANCE, INC.
NOTES TO FINANCIAL STATEMENTS
March 31, 2001
See Accountants' Review Report

Note (9) Equity in Unconsolidated Joint Venture

The Company has a 60% ownership interest in the Lazy Hazel LLC, a limited liability company formed to convert an apartment building into an assisted living complex for the elderly. The 28 unit complex is located in Mt. Vernon, Washington. Tenants have access to prepared meals, housekeeping and transportation if they choose. A longer than anticipated rent-up period created burden on the company's cash flow, however, 22 of the 28 units are now rented, and full occupancy is expected by September, 2001. Based on current operating projections, income before debt service should approximate $300,000 annually, once full occupancy is reached. Current appraisals indicate fair market value of $2.8M.

Summary cost information on the joint venture is as follows:

| | |
|---|---:|
| 27 unit residential complex | $ 2,128,317 |
| Less mortgages owing | (1,493,377) |
| Net equity | $ 634,940 |
| | x 60% |
| Company portion | $ 380,964 |

Note (10) Profit Sharing Plan

The company adopted a 401(k) profit sharing plan effective April 1, 1996, to cover eligible participating employees after the reorganization of the company. Eligible employees may defer up to 15% of their compensation. The company then contributes a matching contribution of 75% of the first 5% of deferrals.

Note (11) Life Insurance

The company has purchased life insurance policies, through Old Milwaukee Life and Transamerica Occidental Life on certain personnel, with the company designated as beneficiary. Individuals and amounts are as follows:

| | |
|---|---:|
| Tom Rowe | $ 500,000 |
| Jeff Blike | $ 500,000 |
| Boyd Sobey | $ 125,000 |

Company: Complete Plant Maintenance

Officer/Executive Name: Thomas Rowe

Telephone Number: (360) 734-5445

Business Description: Water, sewer, pipeline, power line construction

*Discounted Cash Flow Analysis (in $000s)*

|  |  | Historical |  |  | Projected |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
| Revenue | 9,916 | 8,444 | 14,004 | 15,870 | 17,457 | 19,203 | 21,123 | 23,235 |
| % growth |  | -14.8% | 65.8% | 13.3% | 10.0% | 10.0% | 10.0% | 10.0% |
| Net Income | 151 | 222 | 616 |  |  |  |  |  |
| % of revenue | 1.5% | 2.6% | 4.4% |  |  |  |  |  |
| Add: Total Recastings | 233 | 268 | 420 |  |  |  |  |  |
| Approximate EBITDA | 384 | 490 | 1,036 | 1,174 | 1,331 | 1,508 | 1,706 | 1,935 |
| % of revenue | 3.9% | 5.8% | 7.4% | 7.4% | 7.6% | 7.9% | 8.1% | 8.3% |
| Less: Estimated Taxes |  |  |  | (244) | (277) | (314) | (355) | (403) |
| Less: Est. Invested Capital Requirements |  |  |  | (221) | (211) | (232) | (256) | (204) |
| Approximate Free Cash Flow |  |  |  | 709 | 842 | 961 | 1,097 | 1,328 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sum of PV Cash Flows | 25% | | | | | | | 2,782 |
| PV of Terminal Value | | | | | | | | 2,177 |
| **Approximate Fair Market Value** | | | $ | 4,959 | | | | |
| Total Interest Bearing Liabilities | | 1,405 | 1,539 | 2,219 | | | | |

| High Level Recastings | 1999 | 2000 | 2001 | Notes: |
|---|---|---|---|---|
| Excess Owners Compensation |  |  |  |  |
| Depreciation/Amortization | 55 | 57 | 96 |  |
| Interest Expense | 178 | 211 | 324 |  |
| (Interest Income) |  |  |  |  |
| Income Taxes |  |  |  |  |
| (Gain)/Loss on Sale of Assets |  |  |  |  |
| Extraordinary Items |  |  |  |  |
| Other |  |  |  |  |
| Total Recastings | 233 | 268 | 420 |  |

|  | 1999 | 2000 | 2001 |
|---|---|---|---|
| Net Book Value (in $000s) | 1,065 | 1,152 | 1,480 |
| Enterprise Book Value | 2,470 | 2,691 | 3,699 |

## Estimated Enterprise Value Range: $4.0 - $5.0 million

These values do NOT include detailed recastings nor any deal driven components like covenants-not-to-compete, consulting/employment agreements, earn-outs for performance over and above pro forma.

These values are preliminary and are dependent on the reliability of client supplied data and the continuity of current market conditions. We have not audited or substantiated client supplied information or financials. The value may change upon a more thorough review of the client supplied data or market conditions.

*MK*

**Notes & Assumptions:**
  Enterprise value is the total value of all capital invested (both debt and equity).
  Net book value is total assets minus interest bearing liabilities.
  Value is contingent upon the accuracy of our revenue and profit margin projections.

MAS: NG

| LN: 2306727 | COMMERCIAL/INDUSTRIAL | AR: 835 | ST: | LP. $ 2,650,000 |
|---|---|---|---|---|

725 Hazel St  Media: i■ 8
MOUNT VERNON 98273  SKA

| Dsr: | | Map: 61-A4 | OLP: $2650000 |
|---|---|---|---|
| Lot: | Blk: | Internet Advertising: Y | PLP: $ |
| Zoning: commercial/multifamily | | | SP: $ |
| Legal: call listing office | | | FIN: |
| | | | OMD: |
| | | | CLO: |
| Free & Clr: N | | Dues: $ | DOM: 21 |
| Tax ID:34043001940204 | | | LD:9/30/2003 |
| Taxes: $15423 | | Tax Yr: 2003 | XD: 12/31/2003 |
| Land Asses Val: $ | | Yr Val Assd: | |
| Impr Asses Val: | | Tot Assd Val: $ | |

Ddir: I-5 south to exit 226 west to Clevland turn south to Hazel St property on the noth side

### Agent/Contact Information

| List Office: KELLER WILLIAMS, BELLINGHAM | Office Phone: 360-738-7070 |
|---|---|
| List Agent: BRUCE JAMES LOCKHART  Ph: 360-738-7070  Fx: 360-738-9321 | SOC: 2.5% |
| Co-List Agent: JENNIFER LIND  Ph: 360-739-3639  Fx: | Prelimary Title Ordered: N |
| Owner: Witheld    Owner Address: Bellingham Wa | Owner Phone: 360 738-7070 |
| Key: Call Listing Office, View With Discretion | Phone to Show: 360-738-7070 |
| Terms: Cash Out, Conventional, See Remarks | Form 17: Provided |
| Possession: Closing | Photo: Photo/Sketch Submd |

### General Information/Features

| Yr Blt: 1977 | Ofc SqFt: | Sty: 12-2 Story | Annual Expense | Financial |
|---|---|---|---|---|
| BldCd: Very Good | Wh SqFt: | Roof: Composition | Insur: $8400 | GSI: $359100 |
| Frontage: | Bl SqFt: | Fnd: Concrete Ribbon | WSG: $18000 | VAC: $5 |
| Lot Depth: | Cv Parking: | Ext: | Elect: $9600 | GAI: $341145 |
| Pad Ready: | Ucv Parking: 30 | Column Spacing: | Heat: $1200 | EXP: $150000 |
| Avail Pads: | Env Survey: | Ceiling Height: | Other: $87377 | NOI: $191145 |
| Expan Area: | Bnd Survey: | Loading: | Total: $150000 | CAP: 7.21 |
| Acres: 1 | LtSqFt: | Lt Size: | | GRM: $7.76 |
| Power: | Zoning Cls: Commercial, Multi-Family | | Zoning Jurisdiction: City | |
| Topography: Level | | | Sewer: Sewer Connected | |

### Unit Information/Features

| Tenant | SqFt | Lease Expr | Base Rent | Type of Use | Est NNN | |
|---|---|---|---|---|---|---|
| | | | | | $ | Heat: Heat Pump |
| | | | | | $ | Energy: Electric, Natural Gas |
| | | | | | $ | Floor: Vinyl, Wall to Wall Carpet |
| | | | | | $ | |
| | | | | | $ | Features: Disabled Access, Elevator, Signage Included, Storage |
| | | | | | $ | |

| Total SqFt: | Total Rent: | Total NNN: $ | Wtr Src: Public |
|---|---|---|---|
| Power Co: | | Sewer Co: | Water Co: |

### Remarks

Agent Only: Do not disturb tenants or staff drive by only Seller may carry a second DOT of $500,000 @ 8% Int amd over 30 yr 5 yr ballon. Perfect owner operator facility,Independent living no medical staff needed space for 4 more units
Marketing: Turn key operation totally remodeled, minutes to the senior center, library,post office and Skagit Valley Hospital.Bus stops at the door plus shuttle service, and plenty of parking,Kichenettes in each unit, 14 studios,12 1 bedrooms,and 2 2 bedroom 2 bath units.Close to downtown shopping,restaurants, museums.Perfect owner operator fscility or hands off investment.room for 4 more units.Totally remodeled in 1999

Requested by: LISA COLBURN    Information from Reliable Sources, But Not Guaranteed.    Tue, Oct 21, 2003 08:34 AM
Copyright 2003. Bellingham-Whatcom Co. MLS



EXHIBIT 2